FILED
2010 Jul-14  PM 04:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **WILLIAM LARRY SULLIVAN, M.D.,** | ) <br> ) <br> ) |
| **Plaintiff,** | ) <br> ) **5:09-cv-1015-JEO** |
| **v.** | ) <br> ) |
| **THE PAUL REVERE LIFE INSURANCE COMPANY,** | ) <br> ) <br> ) |
| **Defendant.** | ) |

_____

## ORDER

On May 28, 2010, the magistrate judge entered his Report and Recommendation, recommending that the Motion of the Defendant, The Paul Revere Life Insurance Company (hereinafter "Defendant") for Summary Judgment against the Plaintiff, William Larry Sullivan, M.D., be granted.  (Docs. 26, 15, respectively).  No objections to the Report and Recommendation have been filed.

The court has considered the entire file in this action, together with the magistrate judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved.

The court hereby **ADOPTS** and **APPROVES** the findings and

recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, Defendant's Motion for Summary Judgment is hereby **GRANTED.**

The plaintiff is allowed fourteen (14) days from today's date to file an amended complaint, failing which this case will be dismissed.

**DONE** and **ORDERED** this the 14th day of July, 2010.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE